**Ian TAPPER, Petitioner**

v.

**Rosalyn ROBINSON, Judge of the Court of Common Pleas of Philadelphia County, Respondent**

**No. 177 EM 2016**

Supreme Court of Pennsylvania.

November 30, 2016

## ORDER

PER CURIAM

AND NOW, this 30th day of November, 2016, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **DISMISSED**. *See Commonwealth v. Reid*, 642 A.2d 453 (Pa. 1994) (explaining that hybrid representation is impermissible).

The Prothonotary is **DIRECTED** to forward the filings to counsel of record and to strike the name of the jurist from the caption.

**William RINICK, Petitioner**

v.

**COMMON PLEAS COURT OF PHILADELPHIA COUNTY CLERK OF THE COURT, (CRIMINAL DIVISION), Respondent**

**No. 171 EM 2016**

Supreme Court of Pennsylvania.

November 30, 2016

## ORDER

PER CURIAM

AND NOW, this 30th day of November, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Application for Writ of Mandamus is **DENIED**.